Cuyahoga County Common Pleas

| THE STATE OF OHIO VS. WALTER THOMAS | A TRUE BILL INDICTMENT FOR AGGRAVATED MURDER R.C. 2903.01 (A) |
|---|---|

| DATE OF OFFENSE | THE TERM OF | CASE NO. | COUNT |
|---|---|---|---|
| JANUARY 23, 2007 | JANUARY OF 2007 | CR 493308 | 1 |

The State of Ohio, CUYAHOGA COUNTY } SS.

CR07493308-A  44213329

The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County aforesaid, on their oaths, IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OHIO, Do find and present, that the above named Defendant(s), on or about the date of the offense set forth above, in the County of Cuyahoga, unlawfully

purposely and with prior calculation and design, caused the death of another, to-wit: Markeys Menefee

FIREARM SPECIFICATION - 3 YEARS (2941.145)

The Grand Jurors further find and specify that the offender had a firearm on or about his person or under his control while committing the offense and displayed the firearm, brandished the firearm, indicated that he possessed the firearm, or used it to facilitate the offense.

Notice: When a defendant is convicted of or pleads guilty to aggravated murder and is not charged with an aggravating circumstance, the court must impose one of the following sentences (R.C. 2929.03(A)(1) and (2)):

(1) Life imprisonment without parole;

(2) Life imprisonment with parole eligibility after serving 30 full years of imprisonment;

(3) Life imprisonment with parole eligibility after serving 25 full years of imprisonment;

(4) Life imprisonment with parole eligibility after serving 20 years of imprisonment;

contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.

Foreman of the Grand Jury    Prosecuting Attorney

668

INDICTMENT - ORIGINAL

GOVERNMENT EXHIBIT 1


50388978

# IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

FILED MAR 11 A 8:55
GERALD E. FUERST
CLERK OF COURTS
CUYAHOGA COUNTY

THE STATE OF OHIO
Plaintiff

WALTER THOMAS
Defendant

Case No: CR-07-493308-A

Judge: NANCY MARGARET RUSSO

INDICT: 2903.01 AGGRAVATED MURDER /FRM3

## JOURNAL ENTRY

DEFENDANT IN COURT WITH COUNSEL MICHAEL J GOLDBERG & JAYE SCHLACHET. PROSECUTING ATTORNEY PATRICK THOMAS & PAUL SHIPP PRESENT.
COURT REPORTER PRESENT.
*IN MIDST OF JURY TRIAL, DEFENDANT INFORMS COURT THAT HE/SHE WISHES TO ENTER A PLEA OF GUILTY TO COUNTS(S) 1.*
ON RECOMMENDATION OF PROSECUTOR INDICTMENT AMENDED (3 YEAR FIREARM SPEC IS DELETED BY STATE AND REPLACED WITH A 1 YEAR FIREARM SPEC).
ON RECOMMENDATION OF PROSECUTOR INDICTMENT IS AMENDED TO VOLUNTARY MANSLAUGHTER 2903.03 A F1 WITH FIREARM SPECIFICATION - 1 YEAR (2941.141).
ON RECOMMENDATION OF PROSECUTOR, COUNT(S) 1 OF INDICTMENT IS/ARE AMENDED BY DELETION OF FIREARM SPECIFICATION - 3 YEARS (2941.145).
DEFENDANT RETRACTS FORMER PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO VOLUNTARY MANSLAUGHTER 2903.03 A F1 WITH FIREARM SPECIFICATION - 1 YEAR (2941.141) AS AMENDED IN THE INDICTMENT.
COURT ACCEPTS DEFENDANT'S GUILTY PLEA.
DEFENDANT ADDRESSES THE COURT.
THE COURT CONSIDERED ALL REQUIRED FACTORS OF THE LAW.
THE COURT FINDS THAT PRISON IS CONSISTENT WITH THE PURPOSE OF R. C. 2929.11.
THE COURT IMPOSES A PRISON SENTENCE AT THE LORAIN CORRECTIONAL INSTITUTION OF 10 YEAR(S).
1 YEAR ON THE FIREARM SPEC TO BE SERVED PRIOR TO AND CONSECUTIVE WITH 9 YEARS ON THE BODY FOR A TOTAL OF 10 YEARS.
DEFENDANT TO RECEIVE FULL CREDIT FOR TIME SERVED.
POST RELEASE CONTROL IS PART OF THIS PRISON SENTENCE FOR 5 YEARS FOR THE ABOVE FELONY(S) UNDER R.C.2967.28.
DEFENDANT DECLARED INDIGENT.
COSTS WAIVED
FINE(S) WAIVED.
REPAYMENT OF ASSIGNED COUNSEL FEE(S) WAIVED.
DEFENDANT WAIVES FURLOUGH/EARLY RELEASE OF SENTENCE AND IPP AS PART OF PLEA AND DEFENDANT WAIVES ANY RIGHT TO JUDICAL RELEASE.
DEFENDANT REMANDED.
SHERIFF ORDERED TO TRANSPORT DEFENDANT WALTER THOMAS, DOB: 05/23/1977, GENDER: MALE, RACE: BLACK.

03/05/2008
CPEDB 03/07/2008 13:42:53

The State of Ohio } SS. Cuyahoga County } I, The Clerk of the Court Of Common Pleas within And for said County Hereby certify that the above and foregoing is truly Taken and copied from the original Now on file in my office
SENT DECEMBER 27, 2022

Judge Signature 3/10/8   Date

Sheriff Signature CMS 3-17-08, LORCI + cost

Page 1 of 1